UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDE ANDREW,<br><br>Petitioner,<br><br>v.<br><br>NEIL CLARK, et al.,<br><br>Respondents. | CASE NO. C08-480-RSL-JPD<br><br>ORDER GRANTING TEMPORARY STAY OF REMOVAL |

Petitioner, proceeding through counsel, has filed a Petition for Writ of Habeas Corpus and Emergency Request for Stay of Removal pursuant to 28 U.S.C. § 2241. (Dkt. 1). The Court does hereby ORDER:

(1) Petitioner's emergency request for stay of removal is GRANTED, and petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's request for stay. The Court expresses no views at this time as to the merits of petitioner's request for stay of removal or petitioner's habeas petition. The temporary stay will continue in effect until further order of the Court.

(2) Respondents shall file a response to petitioner's request for stay within 15 days of

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 1

the entry of this Order.

(3)  The Clerk shall direct a copy of this Order to the parties, and shall forward a copy of this Order to Judge Donohue.

DATED this 26th day of March, 2008.

*[signature]*

Robert S. Lasnik
United States District Judge

Recommended for Entry
this 26th of March, 2008.

s/ JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 2