UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUDE ANDREW,

                              Petitioner,

          v.

NEIL CLARK, et al.,

                              Respondents.

CASE NO.  C08-480-RSL-JPD

ORDER ON STIPULATION FOR
DISMISSAL

        The parties having stipulated and agreed that the removal proceedings against petitioner Jude
Andrew have been reopened and that petitioner was released from detention, and that this habeas
corpus proceeding may be dismissed, IT IS ORDERED that this action and all claims asserted herein
are DISMISSED without prejudice and without fees or costs to either party.

        DATED this 23rd day of April, 2008.

                                                    _MM S Lasnik_
                                                    Robert S. Lasnik
                                                    United States District Judge

Recommended for Entry
this 22nd of April, 2008.

s/ JAMES P. DONOHUE
United States Magistrate Judge

ORDER ON STIPULATION FOR DISMISSAL